# Exhibit A



Denver
1125 17th Street
Suite 2400
Denver, CO 80202

(303) 218-3650 Tel
(303) 218-3651 Fax

**Writer's Direct Dial:**
(303) 218-3655

**Writer's E-mail:**
mgreco@fisherphillips.com

fisherphillips.com

April 28, 2023

**Via Electronic Mail**

David Sabow
REDACTED

Re: *Your Legal Obligations Under Your Confidential Information and Invention Assignment Agreement for Employees*

Dear Mr. Sabow:

This firm represents First-Citizens Bank & Trust Company and its subsidiaries and affiliates (collectively, "First Citizens").[1]  We write to remind you of your legal obligations to First Citizens under the Confidential Information and Invention Assignment Agreement for Employees (the "Agreement") that you entered into with SVB, now First Citizens[2] (collectively, the "Company"), and to demand your immediate action and assurances as specified at the end of this letter.  **This matter involves important legal issues.  We urge you to contact an attorney immediately**.

We understand that since your execution of the Agreement in 2012, you have worked in a variety of senior positions for the Company.  Please note that your Agreement continues to apply.  See Agreement at ¶ 12(a) (stating in part, "Any subsequent change or changes in my duties, obligations, rights or compensation will not affect the validity or scope of this agreement.").

*Your Obligation to Return and Not to Use or Disclose Confidential Information*

While working for the Company, you had significant and direct access to and worked with confidential, proprietary and trade secret information, including highly confidential information relating to the Company's business, its personnel and its clients.  Paragraph 3(a) of your

---

[1] On or around March 27, 2023, First Citizens purchased certain assets and assumed certain deposits and other liabilities of Silicon Valley Bridge Bank ("SVB") pursuant to the Purchase and Assumption Agreement dated March 27, 2023, between First Citizens, the Federal Deposit Insurance Corporation as Receiver of Silicon Valley Bridge Bank, National Association, and the Federal Deposit Insurance Corporation.

[2] See Agreement at ¶ 12(c), stating "This Agreement will be binding upon . . . and will be for the benefit of the Company, its successors, and its assigns."

David Sabow
April 28, 2023
Page 2

Agreement contains your promise not to use or disclose the Company's "Confidential Information" except for the benefit of the Company. Id. at ¶ 3(a). The Agreement defines Confidential Information as:

> any Company proprietary information, technical data, trade secrets or know-how, including, but not limited to, the Company's: approach to lending, lending and pricing strategies, deal structuring strategies, research, product plans, products, services, suppliers, business plans and strategies, markets, software, developments, inventions, technology, designs, drawings, engineering, hardware configuration information, marketing information and methods, licenses, financial proposals, financial statements, finances, transactions, budgets, all personnel information, customer lists and customers (both current and prospective, including, but not limited to, customers of the Company on whom I called or with whom I became acquainted during the Relationship) as well as customers' point of contact information, borrowing practices[,] purchasing habits, service requirements, prices and costs; or other business information disclosed to me by the Company either directly or indirectly in writing or orally or by observation of documentation, data, parts or equipment or created by me during the period of the Relationship, whether or not during working hours. . . . [Further,] "Confidential Information" includes, but is not limited to, information pertaining to any aspects of the Company's business which is either information not known by actual or potential competitors of the Company or is proprietary or trade secret information of the Company or its customers or suppliers, whether of a technical nature or otherwise.

Id. You also agreed not to use or disclose confidential information received from third parties such as "venture capitalists, fund managers, and current or potential clients, customers or investors." Id. at ¶ 3(c).

Consistent with your confidentiality obligations, the Agreement also contains your commitment not to keep in your possession, recreate, or give to anyone else any Company property. Id. at ¶ 5. This prohibition on the retention of property includes Company records, data, notes, financial data, client related information or correspondence, customer lists, files, Confidential Information as discussed above, and many other types of material and information. Id.

### *Your Obligation Not to Solicit Employees*

Paragraph 8 of your Agreement contains your promise not to solicit the Company's employees or consultants to terminate their relationship with the Company. Id. at ¶ 8. The Company has invested significant sums and efforts into maintaining its workforce, and you acknowledged that your knowledge of the Company's employees' and consultants' skills, knowledge, relationships, and abilities constitutes the Company's trade secret information. Id. Accordingly, as you promised, you must not, either directly or indirectly, on behalf of yourself or anyone else, "solicit, induce, recruit or encourage any of the Company's employees or consultants to terminate their relationship with the Company." Id.

### *Your Obligation Not to Unfairly Compete with the Company*

You also made a promise to the Company that you would not use its Confidential Information and trade secrets to unfairly compete with the Company. Id. at ¶ 9. Unfair competition

2

David Sabow
April 28, 2023
Page 3

includes, but is not necessarily limited to, using the Company's trade secrets to solicit, sell, or otherwise engage in business with the Company's current or prospective customers or clients. Id.  You acknowledged that such activity would constitute a misappropriation of trade secrets under applicable law and would give you and anyone acting in concert with you an unfair competitive advantage.  Id.  Indeed, California law[3] prohibits misappropriation or misuse of trade secret information, including "disclosure or use of a trade secret of another without express or implied consent." Cal. Civ. Code § 3426.1(b)(2).  See also Retirement Group v. Galante, 176 Cal. App. 4th 1226, 1238 (2009) (noting that a court may enjoin a former employee "from using trade secret information to identify existing customers, to facilitate the solicitation of such customers, or to otherwise unfairly compete with the former employer").

### *The Company is Concerned You Have Violated Your Obligations*

The Company has reason to believe you recently orchestrated the mass departure of approximately four dozen employees who left the Company to join HSBC USA ("HSBC").  The Company understands that you began by recruiting a handful of its most senior executives,[4] who in turn facilitated weekend interviews and offers to dozens of other Company employees. Together, the employees resigned simultaneously around 9:00 p.m. on Easter Sunday, April 9, 2023.

It is evident that you targeted the senior executives and employees to enable HSBC to launch a new U.S.-based banking practice targeting tech and healthcare companies.  By doing so, you have violated the terms of your Agreement and breached your fiduciary duty and duty of loyalty to the Company.  You also have tortiously interfered with the executives' contractual and business relationships with the Company and induced breaches of their fiduciary duties and duties of loyalty.  The Company is also concerned that various of the non-executive employees have breached obligations owed to the Company.

The Company is also concerned that your employment with HSBC places you in a position where you have breached, and will continue to breach, paragraph 9 of your Agreement (i.e., your commitment not to compete by using the Company's Confidential Information and trade secrets).

We also note the Company believes you have used Confidential Information to carry out your raid of the Company's workforce.  We are presently investigating the extent to which you formulated and implemented your plans through the use and disclosure of Confidential Information you removed from the Company and/or recreated through improper means.

### *Demands and Requested Assurances*

It is the Company's expectation that you will cease violating, and in the future abide by, all of your obligations, including those outlined above.  First Citizens is committed to the vigorous protection of its Confidential Information, trade secrets, and property, and is fully committed to protecting its rights.

---

[3] It is our understanding you most recently resided in California. California law is cited herein for illustrative purposes.  State and federal trade secret law across the United States is generally consistent.

[4] These executives include Katherine Andersen, Bekah Hanlon, Peter Kidder, Kevin Longo, Sunita Patel, and Melissa Stepanis.

David Sabow
April 28, 2023
Page 4

>Accordingly, First Citizens demands that you take the following actions:

1. Immediately purge from your possession and return to me as First Citizens' representative all Confidential Information (as defined in your Agreement) in your possession relating to the Company's business or its employees, consultants and customers and provide me with a written assurance confirming that you have done so. This includes any information you obtained from the Company's computers, systems and documents,[5] and it includes any Confidential Information you contend you recreated from memory. It also includes any documents containing Confidential Information or derived therefrom.

    a. In the event that you have any Confidential Information stored on your personal mobile phone, portable electronic device, computer, or in any other electronic format, First Citizens demands that you immediately (i) cease using or accessing such information; (ii) not allow any third party to use or access it; (iii) ensure that such information is preserved and is not deleted or altered in any way; and (iv) notify me so that arrangements may be made to remove such data without destroying it or altering its integrity as potential evidence;

2. Immediately cease and desist from using or disclosing all Confidential Information and provide me with a written assurance confirming that you will refrain from such use and disclosure.

    a. To the extent you have already used or disclosed Confidential Information, please provide a detailed description of the information that has been used and disclosed, the persons to whom it has been disclosed, and provide a copy of all documents reflecting and concerning the use and disclosure. This is necessary so that we may work to remedy the improper use and disclosure;

3. Provide me with a list of each and every employee and/or consultant of the Company with whom you have communicated concerning their actual and/or potential departure from the Company and/or their actual or potential affiliation with HSBC.

    a. Your description should include the details of the method of each such communication (*i.e.*, phone call, email, text message, etc.) as well as a copy of each such communication;

4. Immediately take steps necessary to ensure that any and all documents related to the matters addressed herein (including with regard to demand #1) are preserved and not deleted or altered in any way so that they will be available as evidence **(this demand is imperative; you must not destroy any evidence related to the matters addressed in this letter)** and provide a written assurance confirming that you have done so. Specifically, you should take appropriate steps to preserve all

---

[5] The Company cautions you to take this opportunity seriously. Any failure to be upfront about your removal and use of Company property, including its business information, will figure prominently in shaping future events.

4

David Sabow
April 28, 2023
Page 5

paper, electronic, or other records, including, but not limited to, emails, text messages,[6] or other communications, that relate in any way to: (i) the Company; (ii) your consideration and acceptance of employment with HSBC; (iii) your plans to divert employees and business from the Company; (iv) your plans to launch a competitive business; (v) the Company's employees, consultants and customers (including communications with them and information about them, their skillsets, their positions, and their compensation); (vi) any use or disclosure of the Company's Confidential Information, trade secrets, or property; and (vii) the launch of HSBC's new U.S.-based banking practice. This preservation obligation extends to any and all hard copy documents and electronic storage devices, including computers, smartphones, tablets, USB drives, and other devices, as well as emails, instant messages, documents, or other records stored in the cloud or on third-party devices, including LinkedIn, Gmail, Yahoo, iCloud, Slack, Teams, or other third-party email or messaging services.

The Company requires that you comply with the demands in this letter within **five** calendar days of the date of this letter.

Nothing contained in or omitted from this letter is or shall be deemed to be a limitation, restriction, or waiver of any rights or remedies, either at law or in equity, in connection with any of the matters raised in this letter, all of which are expressly reserved.

We look forward to your cooperation. Please contact me directly if you have any questions about this matter.

Very truly yours,

*/s/ Michael R. Greco*

Michael R. Greco
For FISHER & PHILLIPS LLP

Attachment

cc:   Jason A. Geller, Esquire (w/ attach.)

---

[6] Without limitation of anything else stated in this letter, you must immediately preserve all written communications relevant to the matters raised herein. You should immediately arrange to have your phone and other electronic devices and media forensically imaged. Any inability to retrieve communications, such as text messages, because you fail to make such images may result in the imposition of sanctions against you in any litigation.

FP 46912885.4