HARRIS M. MUFSON (*pro hac vice*)
hmufson@gibsondunn.com
LEE R. CRAIN (*pro hac vice*)
lcrain@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

ELIZABETH P. PAPEZ (*pro hac vice*)
epapez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.,
Washington, D.C. 20036
Telephone:  202.955.8500
Facsimile:  202.530.9606

ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA  90071-3197
TELEPHONE:  213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HSBC HOLDINGS plc a/k/a THE HSBC GROUP a/k/a HONGKONG AND SHANGHAI BANKING CORPORATION, et al.<br><br>Defendants. | Case No. 23-cv-02483-LB<br><br>**DEFENDANTS HSBC HOLDINGS PLC, HSBC UK BANK PLC., AND SILICON VALLEY BANK UK LIMITED'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned counsel of record for Defendants HSBC HOLDINGS plc, HSBC UK Bank plc., and Silicon Valley Bank UK Limited certifies the following:

1. Silicon Valley Bank UK Limited[1] is a wholly-owned subsidiary of HSBC UK Bank plc.
2. HSBC UK Bank plc is a wholly-owned subsidiary of HSBC Holdings plc.
3. The shares of HSBC Holdings plc are traded on the New York Stock Exchange and certain foreign stock exchanges, and no publicly held corporation owns 10% or more of its stock.

The following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. HSBC North America Holdings Inc.
2. HSBC Overseas Holdings (UK) Limited

Dated: July 14, 2023                    GIBSON, DUNN & CRUTCHER LLP

By: /s/ Ilissa Samplin
    Ilissa Samplin

*Attorneys for Defendants*

---

[1] Silicon Valley Bank UK Limited has subsequently been renamed HSBC Innovation Bank Limited.