HARRIS M. MUFSON (*pro hac vice*)
hmufson@gibsondunn.com
LEE R. CRAIN (*pro hac vice*)
lcrain@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ELIZABETH P. PAPEZ (*pro hac vice*)
epapez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.,
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.530.9606

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HSBC HOLDINGS plc a/k/a THE HSBC GROUP a/k/a HONGKONG AND SHANGHAI BANKING CORPORATION, et al.<br><br>Defendants. | Case No.  23-cv-02483-LB<br><br>**DECLARATION OF JENNIFER STRYBEL** |

## DECLARATION OF JENNIFER STRYBEL

I, Jennifer Strybel, hereby declare as follows:

1.    I provide this Declaration in Support of Defendants' Motion to Dismiss First-Citizens Bank & Trust Co.'s First Amended Complaint.

2.    I am Chief Operating Officer for HSBC UK Bank plc ("HBUK").

3.    In my capacity as Chief Operating Officer for HBUK, I have personal knowledge of the facts set forth in this declaration, including based on my review of information I have received concerning HBUK and other HSBC entities' corporate activities and structure and records reflecting the identities of their employees, directors, and officers. If called to do so, I could and would competently testify thereto.

4.    HBUK is a corporation organized under the laws of England and Wales. HBUK is headquartered in Birmingham, England.

5.    HBUK is not incorporated in any state in the United States.

6.    HBUK has no offices or employees in the United States.

7.    HBUK did not have any offices or employees in the United States in March or April 2023, *i.e.*, the time period of the events alleged in the First Amended Complaint.

8.    I understand the First Amended Complaint contains various allegations about HSBC Bank USA, N.A.'s hiring of certain former SVB employees on or about April 10, 2023 (the "Former SVB Employees"). At no time did HBUK recruit, offer employment to, or employ any of the Former SVB Employees.

9.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __10th__ day of March 2024 at London, United Kingdom.

Jennifer Strybel

2
DECLARATION OF JENNIFER STRYBEL
NO. 23-CV-02483-LB