HARRIS M. MUFSON (*pro hac vice*)
hmufson@gibsondunn.com
LEE R. CRAIN (*pro hac vice*)
lcrain@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

ELIZABETH P. PAPEZ (*pro hac vice*)
epapez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.,
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.530.9606

ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HSBC HOLDINGS plc a/k/a THE HSBC GROUP a/k/a HONGKONG AND SHANGHAI BANKING CORPORATION, et al.<br><br>Defendants. | Case No. 23-cv-02483-LB<br><br>**DECLARATION OF STACEY ALIOTO** |

Gibson, Dunn &
Crutcher LLP

## DECLARATION OF STACEY ALIOTO

I, Stacey Alioto, hereby declare as follows:

1. I provide this Declaration in Support of Defendants' Motion to Dismiss First-Citizens Bank & Trust Co.'s ("First Citizens") First Amended Complaint.

2. I am an employee of HSBC Group Management Services Ltd. My current title is Deputy Group Chief Operating Officer. In my capacity as Deputy Group Chief Operating Officer, I have personal knowledge of the facts set forth in this declaration, including based on my review of information I have received concerning HSBC Holdings plc ("HSBC Holdings") and other HSBC entities' corporate activities and structure and records reflecting the identities of their employees, directors, and officers. If called to do so, I could and would competently testify thereto.

3. As Deputy Group Chief Operating Officer, I am part of the leadership of HSBC at an enterprise level. Generally, "HSBC" and "Group" refer to the overall business, encompassing HSBC Holdings and all of its subsidiaries.[1]

4. HSBC Holdings is a bank holding company, organized as a limited public company, incorporated under the laws of England and Wales.

5. HSBC Holdings has its registered office and principal place of business in London, England.

6. HSBC Holdings is not incorporated in any state in the United States.

7. HSBC Holdings has no offices in the United States. HSBC Holdings' only connection to the United States is that it has indirect subsidiaries that are located in or do business in the United States. HSBC Holdings has no employees in the United States.

8. HSBC Holdings did not have any offices in the United States in March or April 2023, *i.e.*, the time period of the events alleged in the First Amended Complaint. Nor did HSBC Holdings have any employees in the United States during March or April 2023.

9. I understand the First Amended Complaint contains various allegations about HSBC Bank USA N.A.'s ("HBUS") hiring of former SVB employees on or about April 10, 2023 (the "Former

---

[1] *See, e.g.*, HSBC Holdings plc Annual Report and Accounts 2023 at 444, *available at* https://www.hsbc.com/-/files/hsbc/investors/hsbc-results/2023/annual/pdfs/hsbc-holdings-plc/240226-annual-report-and-accounts-2023.pdf?download=1.

SVB Employees"). At no time did HSBC Holdings offer any employment to the Former SVB Employees. At no time did HSBC Holdings recruit any of the Former SVB Employees to become employed at HSBC Holdings. And at no time has HSBC Holdings employed any of the Former SVB Employees.

10. I understand the First Amended Complaint includes allegations about Barry O'Byrne, Wyatt Crowell, Greg Guyett, Mary MacLeod, Willard McClane, Michael Roberts, and Sunghman Seo. None of those individuals is employed by HSBC Holdings. None is an officer or director of HSBC Holdings. Accordingly, to the extent the First Amended Complaint alleges Mr. O'Byrne, Mr. Crowell, Mr. Guyett, Ms. MacLeod, Mr. McClane, Mr. Roberts and/or Mr. Seo engaged in any specific conduct related to the hiring of the Former SVB Employees by HBUS, those allegations do not refer to conduct that was undertaken on HSBC Holdings' behalf.

11. I understand the First Amended Complaint includes allegations about Noel Quinn. Mr. Quinn is not employed by HSBC Holdings. He is the Chief Executive Officer and a director of HSBC Holdings. None of the allegations about Mr. Quinn in the First Amended Complaint concerns any conduct Mr. Quinn undertook on HSBC Holdings' behalf, however. HSBC Holdings never intended to (nor ever did) recruit, offer any employment, or actually employ any of the Former SVB employees. Nor would it be within the ordinary scope of Mr. Quinn's duties as a director or officer of HSBC Holdings, which is a bank holding company, to engage in such recruitment activity. Accordingly, to the extent the First Amended Complaint alleges Mr. Quinn engaged in any specific conduct related to the hiring of the Former SVB Employees by HBUS, those allegations do not refer to conduct that was undertaken on HSBC Holdings' behalf.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11 day of March 2024 at Dubai, United Arab Emirates

*Stacey Alioto*