HARRIS M. MUFSON (*pro hac vice*)
hmufson@gibsondunn.com
LEE R. CRAIN (*pro hac vice*)
lcrain@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

ELIZABETH P. PAPEZ (*pro hac vice*)
epapez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.,
Washington, D.C. 20036
Telephone: 202.955.8500
Facsimile: 202.530.9606

ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HSBC HOLDINGS plc a/k/a THE HSBC GROUP a/k/a HONGKONG AND SHANGHAI BANKING CORPORATION, et al.<br><br>Defendants. | Case No.  23-cv-02483-LB<br><br>**DECLARATION OF MICHAEL PRIVITERA** |

**DECLARATION OF MICHAEL PRIVITERA**

I, Michael Privitera, hereby declare as follows:

1. I provide this Declaration in Support of Defendants' Motion to Dismiss First-Citizens Bank & Trust Co.'s First Amended Complaint.

2. I am Chief Operating Officer for HSBC USA Inc. ("HUSI").

3. In my capacity as Chief Operating Officer for HUSI, I have personal knowledge of the facts set forth in this declaration, including based on my review of information I have received concerning HUSI and other HSBC entities' corporate activities and structure and records reflecting the identities of their employees, directors, and officers. If called to do so, I could and would competently testify thereto.

4. HUSI is a financial holding company organized under the laws of the state of Maryland, with its principal executive office located in New York, New York and its main office located in Tysons, Virginia. HUSI has no offices in California.

5. HUSI is the parent company of HSBC Bank USA, N.A. ("HBUS"). HUSI and HBUS are separate corporate entities with their own boards of directors, bylaws, articles, and corporate registrations. As a financial holding company and a national banking association, respectively, they are subject to different statutes and regulations. HUSI is not a depository institution, does not hold any banking licenses, and does not offer any banking services or products (with the exception of certain loans to affiliates). Rather, banking products and services are offered to the public by properly licensed subsidiaries of HUSI, including HBUS.

6. HUSI has a number of corporate officers but no employees.

7. I understand the First Amended Complaint contains various allegations about HBUS's hiring of certain former SVB employees on or about April 10, 2023 (the "Former SVB Employees") after First Citizens acquired certain assets and liabilities of the Silicon Valley Bridge Bank ("Bridge Bank") on March 27, 2023. HUSI has never employed any of the Former SVB Employees or offered them any employment.

8. I understand the First Amended Complaint includes allegations about individuals described as "agents," "employees," and "executives" of HUSI, and their purported interactions with

certain Individual Defendants after First Citizens acquired certain assets and liabilities of the Bridge Bank on March 27, 2023. As described below, some of these individuals have corporate roles at both HUSI and HBUS. None, however, is employed by HUSI. And because HUSI never employed (or intended to employ) any of the Former SVB Employees, none of the conduct alleged in the First Amended Complaint by individuals whom plaintiff describes as "employees and agents of HUSI" was undertaken on HUSI's behalf.

9. **Michael Roberts.** I understand the First Amended Complaint includes allegations about Michael Roberts and his alleged interactions with certain Individual Defendants after March 27, 2023. Mr. Roberts serves as HUSI's Chairman of the Board and HBUS's Chairman of the Board, President, and Chief Executive Officer. None of the allegations about Mr. Roberts in the First Amended Complaint concerns any conduct Mr. Roberts undertook in his capacity as HUSI's Chairman of the Board or otherwise on HUSI's behalf. HUSI never intended to (nor ever did) recruit, offer any employment, or actually employ any of the Former SVB employees. Accordingly, to the extent the First Amended Complaint alleges Mr. Roberts engaged in any specific conduct related to the hiring of any the Former SVB Employees by HBUS, those allegations do not refer to conduct that was undertaken on HUSI's behalf.

10. **Mabel Rius.** I understand the First Amended Complaint includes allegations about Mabel Rius and her alleged interactions with certain Individual Defendants after March 27, 2023. Ms. Rius is an officer at HUSI and the Head of Human Resources for HBUS. None of the allegations about Ms. Rius in the First Amended Complaint concerns any conduct she could have taken on HUSI's behalf. HUSI never intended to (nor ever did) recruit, offer any employment, or actually employ any of the Former SVB Employees. Accordingly, to the extent the First Amended Complaint alleges Ms. Rius engaged in any specific conduct related to the Former SVB Employees by HBUS, those allegations do not refer to conduct that was undertaken on HUSI's behalf.

11. **Catherine Twarowski.** I understand the First Amended Complaint includes allegations about Catherine Twarowski and her alleged interactions with certain Individual Defendants after March 27, 2023, namely that David Sabow sent Ms. Twarowski a spreadsheet on April 5, 2023. Ms. Twarowski holds a human resources role at HBUS and has no corporate role or title at HUSI. None of

the allegations about Ms. Twarowski in the First Amended Complaint concerns any conduct she could have taken on HUSI's behalf. Accordingly, to the extent the First Amended Complaint alleges Ms. Twarowski engaged in any specific conduct related to the hiring of the Former SVB Employees by HBUS, those allegations do not refer to conduct that was undertaken on HUSI's behalf.

12. **Jennifer Capasso.** I understand the First Amended Complaint includes allegations about Jennifer Capasso and her alleged interactions with certain Individual Defendants after March 27, 2023. Ms. Capasso is an officer of HUSI and Head of Embedded Banking & Platforms for HBUS. None of the allegations about Ms. Capasso in the First Amended Complaint concerns any conduct she could have taken on HUSI's behalf. HUSI never intended to (nor ever did) recruit, offer any employment, or actually employ any of the Former SVB Employees. Accordingly, to the extent the First Amended Complaint alleges Ms. Capasso engaged in any specific conduct related to the hiring of the Former SVB Employees by HBUS, those allegations do not refer to conduct that was undertaken on HUSI's behalf.

13. I understand that paragraphs 192 and 318 of the First Amended Complaint allege that David Sabow introduced Rebekah Hanlon to Ms. Capasso on March 29, 2023. Mr. Sabow allegedly asked Ms. Capasso to have a discussion "about 'US onboarding journey,'" which the First Amended Complaint speculates refers to "onboarding the first 'wave' of First Citizens employees targeted for hiring." That allegation is incorrect. Ms. Capasso had no role in onboarding the Former SVB Employees. Rather, the subject of the proposed discussion would have been HSBC's onboarding processes for clients. Further, no such discussion occurred between Ms. Capasso and Ms. Hanlon between March 29, 2023 and April 10, 2023, nor would such a conversation have been on HUSI's behalf even if it had occurred, as HUSI has no client onboarding processes nor any clients.

14. **Wyatt Crowell.** I understand the First Amended Complaint includes allegations about Wyatt Crowell and his alleged interactions with certain Individual Defendants after March 27, 2023. Mr. Crowell is an officer at HUSI and the Head of Commercial Banking for HBUS. None of the allegations about Mr. Crowell in the First Amended Complaint concern any conduct he could have taken in his capacity as an officer of HUSI, or on HUSI's behalf. HUSI never intended to (nor ever did) recruit, offer any employment, or actually employ any of the Former SVB Employees.

Accordingly, to the extent the First Amended Complaint alleges Mr. Crowell engaged in any specific conduct related to the hiring of the Former SVB Employees by HBUS, those allegations do not refer to conduct that was undertaken on HUSI's behalf.

15. I understand the First Amended Complaint alleges that David Sabow, Sunita Patel, Peter Kidder, and Rebekah Hanlon "continue[] to regularly conduct business in California on behalf of HUSI" in paragraphs 33, 34, 36, and 38. Mr. Sabow, Ms. Patel, Mr. Kidder, and Ms. Hanlon are not employed by and have never been employed by HUSI.

16. I understand that paragraph 197 of the First Amended Complaint alleges that Mr. Sabow prepared a spreadsheet that "set forth the details of compensation to be offered by HUSI to Andersen, Kidder, Patel, Stepanis, Hanlon, Longo, and" others. That allegation is either incorrect or reflects a misunderstanding of HSBC's corporate structure. HUSI has never offered or intended to offer compensation to Mr. Sabow, Ms. Andersen, Mr. Kidder, Ms. Patel, Ms. Stepanis, Ms. Hanlon, Mr. Longo or any Former SVB Employees.

17. I understand that paragraph 211 of the First Amended Complaint alleges that Ms. Andersen "saved a spreadsheet containing notes regarding . . . financial terms of an offer she received or expected to receive from HUSI/[HBUS]." That allegation is either incorrect or reflects a misunderstanding of HSBC's corporate structure. HUSI has never offered or intended to offer Ms. Andersen any "financial terms" or offer of employment.

18. I understand that paragraph 206(a) of the First Amended Complaint alleges that several members of "Hanlon's 'team' . . . followed her to HUSI." That allegation is either incorrect or reflects a misunderstanding of HSBC's corporate structure. Neither Ms. Hanlon nor any employee who reports to her is employed by or has any corporate role at HUSI.

19. I understand that the First Amended Complaint alleges that HSBC Bank UK plc ("HBUK") and Silicon Valley Bank UK Limited ("SVB UK") "regularly conducts business in concert with HUSI" in California. That allegation is incorrect. HUSI does not regularly conduct business in California "in concert with" HBUK or SVB UK.

20. I understand the First Amended Complaint alleges that HUSI directed the Former SVB Employees to submit their resignations on Easter Sunday and provided resignation email "templates."

Any such direction or template could not have been provided by HUSI or by anyone acting on HUSI's behalf because HUSI never hired or employed or intended to hire or employ any of the Former SVB Employees.

21. I swear under penalty of perjury that the foregoing is true and correct.

Executed this ___11___ day of March 2024, at Queen Creek, Arizona.

_____
Michael Privitera