United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FIRST-CITIZENS BANK AND TRUST COMPANY,<br>Plaintiff,<br>v.<br>HSBC HOLDINGS PLC, et al.,<br>Defendants. | Case No. 3:23-cv-02483-LB<br>**DISCOVERY AND SCHEDULING ORDER**<br>Re: ECF No. 291 |

A further case-management conference is set for October 22, 2026. The parties' joint statement raises two matters that the court resolves on the papers now, Civil L.R. 7-1(b), so that the conference can focus on the remaining schedule, including dates for any further disputes.[1] The court (1) adopts, as an order, the parties' agreed October 30, 2026, deadline for First Citizens to substantially complete its production responsive to the defendants' Requests for Production 135 and 136, and (2) addresses scheduling in light of the undersigned's upcoming departure from the bench.

First Citizens has agreed to substantially complete its production of documents responsive to RFPs 135 and 136 (communications involving its executive management or Board of Directors regarding the SVB transaction and the allegations in this case), including service of its privilege log

[1] Joint Case-Mgmt. Statement – ECF No. 291. Citations refer to material in the Electronic Case File (ECF); pinpoint cites are to the ECF-generated page numbers at the top of documents.

United States District Court
Northern District of California

for withheld documents, by October 30, 2026.[2] The only dispute is whether to put the agreed deadline in an order: the defendants ask the court to enter one, and First Citizens opposes that as preemptive and unnecessary.[3] The court enters the order. The production is necessary to what remains in the case: the defendants need the documents to identify witnesses and to prepare for and complete depositions, and the deadline to serve non-expert written discovery is October 30, 2026.[4] And because the case will be reassigned when the undersigned leaves the bench, a deadline allows a new judge to enforce it, if it comes to that, without relearning the discovery history.[5]

First Citizens has two concerns. First, some responsive documents are or may be confidential supervisory information or subject to the bank-examination privilege, and producing them may require review by the FDIC or other regulators, timing that is not fully in First Citizens' control.[6] The order accounts for that: by the deadline, First Citizens must identify any documents withheld pending regulatory review and report the status of that process, and it must produce them promptly on clearance. It need not produce what the regulators have not cleared. Second, First Citizens points out that the defendants' own production obligations remain outstanding on other requests.[7] The parties must report the status of their outstanding productions in the update (see below) due on October 20, and if First Citizens identifies specific requests, the court will consider reciprocal substantial-completion dates.

The court will address the process and timing of reassignment at the October 22 conference.[8] The practical point for now is that the court is scheduling hearings through December 3, 2026. Any matter that the parties want the undersigned to decide should be raised in time to allow a decision by then: discovery disputes, through the joint-letter process, generally by November 19,

---

[2] *Id.* at 2 (the requests and the agreement), 4–5 (First Citizens' confirmation of the October 31, 2026 date). October 31 is a Saturday. The court replaces any October 31 deadline with October 30.

[3] *Id.* at 3, 5.

[4] *Id.* at 3; Stipulated Order – ECF No. 292.

[5] Joint Case-Mgmt. Statement – ECF No. 291 at 4.

[6] *Id.*

[7] *Id.* at 5.

[8] *Id.*

United States District Court
Northern District of California

2026, and noticed motions in time to be heard by December 3, 2026, under the Civil Local Rules or on a schedule that the court sets at the conference.[9]

To make the conference productive, in an update due on October 20, the parties must be prepared to address the following: (1) dates for any further motions; (2) the status of the productions ordered on the joint discovery letter about the former-employee subpoenas, and whether First Citizens anticipates renewing its request as to any other former employees;[10] (3) the status of the parties' other document productions; and (4) the parties' ADR plans, given that First Citizens' response to the counterclaim is due October 29, 2026.[11]

The court orders as follows.

1. By October 30, 2026, First Citizens must substantially complete its production of documents responsive to the defendants' RFPs 135 and 136 and serve its privilege log for documents withheld from that production.

2. If First Citizens withholds responsive documents that are or may be confidential supervisory information requiring regulator review, then by October 30, 2026, it must identify them by category and approximate volume and report the status of the regulator process, and it must produce them promptly on clearance or raise any remaining issue by joint letter.

3. Any request to modify the October 30 deadline must be filed before the deadline and supported by a specific showing.

4. The case-management conference remains on calendar for October 22, 2026, at 11:00 a.m. with an update due by October 20.

**IT IS SO ORDERED.**

Dated: October 16, 2026

LAUREL BEELER
United States Magistrate Judge

[9] Order – ECF No. 268 (revised case schedule).

[10] Joint Letter – ECF No. 263.

[11] Order — ECF No. 292.