United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

FIRST-CITIZENS BANK AND TRUST COMPANY,

Plaintiff,

v.

HSBC HOLDINGS PLC, et al.,

Defendants.

Case No. 3:23-cv-02483-LB

**DISCOVERY ORDER**

Re: ECF Nos. 295–96

In anticipation of the case-management conference set for October 22, 2026, the parties filed the court-ordered updates.[1] Each has requests for relief. First Citizens asks the court to compel production of the documents sought in an unfiled draft joint letter (or order the defendants to complete their portion of it), set reciprocal substantial-completion deadlines for fifteen identified RFPs, and direct written confirmation of compliance with the former-employee order. The defendants ask the court to order that all remaining discovery disputes be fully briefed through the joint-letter process by November 19, 2026.[2]

The court's procedures govern discovery disputes: the parties confer, and if conferring fails,

[1] Pl.'s Status Update – ECF No. 294; Defs.' Further Case-Mgmt. Statement – ECF No. 295; Order – ECF No. 293. Citations refer to material in the Electronic Case File (ECF); pinpoint cites are to the ECF-generated page numbers at the top of documents.

[2] ECF No. 294 at 2–3, 5–7; ECF No. 295 at 4.

United States District Court
Northern District of California

they present the dispute by joint letter. A status update is not the vehicle for discovery relief, and the court does not supervise the steps that precede a letter (such as the exchange of draft portions or interim production agreements). Managing disputes to a filing deadline is the parties' responsibility. The court previously said that disputes should be filed generally by November 19, 2026, and it now makes that date firm so that the parties can plan accordingly.[3]

To allow the parties to settle on an actual plan, the court continues the October 22, 2026 case-management-conference to October 29, 2026, and directs the parties to confer during the time period allotted to the October 22 conference and thereafter file a joint update by October 23, 2026, at noon, with a solid plan for addressing disputes that the court might address.

**IT IS SO ORDERED.**

Dated: October 22, 2026



LAUREL BEELER
United States Magistrate Judge

[3] Order – ECF No. 293 at 2–3.